UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | No. CR 10-70285 BZ |
| v. | **ORDER DENYING DEFENDANT'S EX PARTE APPLICATION TO SUBPOENA WITNESS** |
| MICHAEL HIGGINBOTHAM, | |
| Defendant(s). | |

Defendant's ex parte application to issue a witness subpoena is **DENIED**. While defendant has a right to present witnesses at a detention hearing, he does not have a right to subpoena witnesses to a detention hearing. See U.S. v. Delker, 757 F.2d 1390, 1397 (3d Cir. 1985); U.S. v. Bibbs, 488 F. Supp. 2d 925, 925-26 (N.D. Cal. 2007). The Court may reconsider this decision after it hears proffers and evidence offered at the detention hearing.

Dated: September 24, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\USA V. HIGGINBOTHAM\DENY.SUBPOENA.wpd

1